Abel Acosta. Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

80,386-02

Dear Clerk enclosed find my Notice of Appeal.
Please file this Notice of appeal and bring it to the
attention of the Court.

Please Date-Stamp this letter and return a copy
to me at the address below.

I also request that you notify me of the Courts reciept
of this notice.

Sincerely,
Timothy Chatmon    #1858456
Timothy Chatmon    #1858456

Timothy D. Chatmon
T.D.C.J #1858456
295 I.H. 45 N.
Huntsville, Tx. 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta. Clerk

# COURT OF CRIMINAL APPEALS
## OF TEXAS

TIMOTHY DAVID
CHATMON

v.

STATE OF TEXAS

Notice of Appeal

Notice is hereby givin that Timothy David Chatmon, plaintif, hereby appeals to the Fourth Court of Criminal Appeals of Texas from the 268th District Court of Fort Bend County, Texas' order that was filed 12-10-14. No. 12-DCR-061412 HC2

Timothy Chatmon
Filing Pro Se
295 I.H. 45 N.
Huntsville, TX. 77320

Counsel of Record

Timothy David Chatmon - 295 I.H. 45 N., Huntsville, TX. 77320.

Thomas L. Pfeiffer - Assistant District Attorney - 301 Jackson, Richmond, Texas 77469

State prosecutor - P.O. Box 12405, Austin, Texas 78711.

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of appeal has been forwarded by U.S. mail, postage prepaid, first class to the attorney for the State in fort Bend County and to the State prosecuting Attorney P.O. Box 12405 Austin, TX. 78711, on this day of January 10, 2015.

Timothy Chatmon

Plaintiff, Pro Se

I Timothy D. Chatmon, T.D.C.J. No. 18584 56, being incarcerated on Holliday Unit of The Texas Department of Criminal Justice in Walker County, Texas, verify and declare under penalty of perjury that the foregoing Statements are true and correct

Date: January 10, 2015
Sign: Timothy Chatmon